IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-03-74 |
| | § | C.A. No. C-05-179 |
| JAIME DE LA CRUZ, | § | |
| | § | |
| Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying Defendant Jaime De La Cruz's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

Ordered this 24th day of January, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE